# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON J. WALKER, | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 18-CV-2724 |
| | : |
| GEORGE W. HILL | : |
| CORRECTIONAL, *et al.*, | : |
| Defendants. | : |

FILED
JUL 13 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 13 day of July, 2018, upon consideration of Plaintiff Brandon J. Walker's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 3), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(b).

2. Walker, #18002638, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Walker, an initial partial filing fee of $11.61 is assessed. The Warden or other appropriate official at the George W. Hill Correctional Facility or at any other prison at which Walker may be incarcerated is directed to deduct $11.61 from Walker's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-2724. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the George W. Hill Correctional Facility or at any other prison at which Walker may be incarcerated, shall deduct from Walker's account, each time that Walker's inmate trust fund account exceeds $10.00, an amount no greater

than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-2724.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the George W. Hill Correctional Facility.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum, with the exception of Walker's claims against Mealo and Moor.

6. Walker is given leave to file an amended complaint within thirty (30) days of the date of entry of this Order. If Walker files an amended complaint, he shall name all defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The amended complaint must also provide as much identifying information for the defendants as possible. Walker may refer to a defendant by last name only if that is the only identifying information possessed. If Walker wishes to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc. The amended complaint must also describe how each defendant, including any John Doe or Jane Doe defendants, were responsible for violating Walker's rights. If Walker does not file an amended complaint, the Court will direct service of his initial Complaint on Mealo and Moor only. If Walker files an amended complaint, the Clerk shall not make service until so **ORDERED**.

7. The Clerk of Court is **DIRECTED** to send Walker a blank copy of this Court's current form to be used by a prisoner filing a civil rights action bearing the above-captioned civil action number. Walker may use this form to prepare his amended complaint.

**BY THE COURT:**

_____
**C. DARNELL JONES, II, J.**